IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LISA KING, Administrator of the Estate
of PAUL RICHARD KING,

        *Plaintiff,*

  v.

NATIONAL RAILROAD PASSENGER
CORPORATION,

        *Defendant.*

CIVIL ACTION
NO. 23-3883

## ORDER

**AND NOW**, this 16th day of February 2024, upon consideration of Lisa King's Complaint (ECF No. 1), Amtrak's Motion to Dismiss (ECF No. 7), King's Response (ECF No. 10), and Amtrak's Reply (ECF No. 11) it is **ORDERED** that the Motion is **GRANTED** and the Complaint is **DISMISSED without prejudice**.

King may file an Amended Complaint on or before **Monday, February 26, 2024**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.