IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA KING, Administrator of the Estate of PAUL RICHARD KING, *Plaintiff,* v. NATIONAL RAILROAD PASSENGER CORPORATION, et al., *Defendants.* | CIVIL ACTION NO. 23-3883 |

### ORDER

**AND NOW**, this 25th day of February 2025, Plaintiff Lisa King is **ORDERED TO SHOW CAUSE** why the Court should not dismiss this matter for lack of prosecution.

Plaintiff shall file a response to this Order on or before **Monday, March 3, 2025.** In the alternative, Plaintiff may file by the same date a Petition for Approval of Settlement pursuant to the Court's prior Order. (ECF No. 52.)

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.