IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA KING, Administratrix of the Estate of PAUL RICHARD KING, *Plaintiff,* v. NATIONAL RAILROAD PASSENGER CORPORATION, et al., *Defendants.* | CIVIL ACTION NO. 23-3883 |

### ORDER

**AND NOW**, this 1st day of May 2025, upon consideration of Lisa King's Second Amended Petition to Settle Wrongful Death and Survival Action, (ECF No. 63), to which no objections have been filed, it is **ORDERED** that Plaintiff's Amended Petition is **GRANTED**.

It is **FURTHER ORDERED** that the settlement proceeds shall be allocated as follows:

| | |
|---|---|
| To: The Estate of Paul Richard King | $12,000 |
| To: The Igwe Firm | $8,000 |

The Clerk of Court shall mark this case **CLOSED.**

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.